DOMICELLA M. VANAGAS, COMPLAINANT-RESPONDENT, v. STANLEY VANAGAS, DEFENDANT-APPELLANT.

Argued January 3, 1949—Decided January 17, 1949.

*Mr. Julius Stein* argued the cause for the defendant-appellant.

*Mr. Frank A. Boettner* argued the cause for the complainant-respondent.

PER CURIAM. The decree herein is affirmed by an equally divided court.

*For affirmance:* Chief Justice VANDERBILT, and Justices BURLING and ACKERSON—3.

*For reversal:* Justices CASE, HEHER, and WACHENFELD—3.